1  Cyrus Safa
   Attorney at Law: 282971
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)437-7006
   Fax: (562)432-2935
4  E-Mail: rohlfing.office@rohlfinglaw.com
   Attorneys for Plaintiff
5  ERIC BRIAN THOMAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ERIC BRIAN THOMAS | ) Case No.: 1:16-cv-01044-EPG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXTEND TIME |
|  | ) TO FILE OPENING BRIEF; ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | ) (FIRST REQUEST) |
| Defendant. | ) |

Plaintiff Eric Brian Thomas and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from March 15, 2017 to March 29, 2017 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

///

This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: March 15, 2017   Respectfully submitted,

                          LAWRENCE D. ROHLFING

                          /s/ *Cyrus Safa*
         BY: _____
                        Cyrus Safa
                        Attorney for plaintiff Mr. Eric Brian Thomas

DATE:  March 15, 2017

                        PHILLIP A.TALBERT
                        *United States Attorney*

                        /s/ *Tina Naicker*
         BY:_____
            Tina Naicker
            Special Assistant United States Attorney
            Attorneys for defendant Nancy A. Berryhill
            |*authorized by e-mail|

### Order

Based on the above stipulation, Plaintiff is granted an extension of time to file his opening brief. Plaintiff's opening brief shall be filed no later than **March 29, 2017**. Defendant shall file her opposition brief no later than **April 28, 2017**. Plaintiff may file any reply brief no later than **May 15, 2017**.

IT IS SO ORDERED.

Dated:   **March 16, 2017**   /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE