PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

|  |  |
|---|---|
| ERIC BRIAN THOMAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-CV-01044-EPG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for one week from May19, 2017, to **May 26, 2017**.  This is Defendant's second request for extension. Good cause exists as counsel for Defendant is taking family medical leave on the date of the current filing deadline for her mother's surgery.  Counsel for Defendant also has a pending Ninth Circuit due on the same date of the filing deadline.  Counsel for Defendant apologizes for the late request due to unforeseen circumstances and unanticipated family medical leave.  Counsel did not have sufficient time to adequately research the issues raised in Plaintiff's brief in time for the current deadline.  As such, Defendant respectfully requests additional time to respond to

Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 18, 2017        /s/ *Cyrsu Safa
                           (*as authorized by email on May 18, 2017)
                           CYRUS SAFA
                           Attorney for Plaintiff


Dated: May 18, 2017        PHILLIP A. TALBERT
                           United States Attorney
                           DEBORAH LEE STACHEL
                           Regional Chief Counsel, Region IX
                           Social Security Administration

                    By     /s/ Tina L. Naicker
                           TINA L. NAICKER
                           Special Assistant U.S. Attorney
                           Attorneys for Defendant

.

## **ORDER**

      For the reasons provided in the parties' stipulation, good cause appears for an extension of time for responding to Plaintiff's Motion for Summary Judgment for one week from May19, 2017, to May 26, 2017.  All other deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 19, 2017**               /s/ Erica P. Grosjean

                                              UNITED STATES MAGISTRATE JUDGE