PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ERIC BRIAN THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-CV-01044-EPG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two business days week from May 26, 2017, to **May 31, 2017**. This is Defendant's third request for extension. Good cause exists as counsel for Defendant took family medical leave to care for her mother who had surgery on May 19, 2017. Counsel is taking additional leave to take her mother to the doctor following complications from her surgery last week. Counsel for Defendant apologizes for the late request due to unforeseen circumstances which Counsel did not anticipate at the time of the last request. Due to unanticipated circumstances and unscheduled leave, Counsel did not have sufficient time to adequately research the issues raised in Plaintiff's brief in

Joint Stipulation and Order re Extension of Time, Case No. 1:16-CV-01044-EPG

time for the current deadline.  As such, Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 24, 2017     */s/ \*Cyrsu Safa*
(\*as authorized by email on May 24, 2017)
CYRUS SAFA
Attorney for Plaintiff

Dated:  May 24, 2017     PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By    /s/  *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

Joint Stipulation and Order re Extension of Time, Case No. 1:16-CV-01044-EPG

2

## **ORDER**

Based on the above stipulation and good cause appearing therein, the Court grants Defendant an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief shall be filed no later than **May 31, 2017**. Plaintiff may file his reply brief no later than **June 15, 2017**.

No further extensions of Defendant's deadline will be granted.

IT IS SO ORDERED.

Dated: **May 25, 2017**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE