PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ERIC BRIAN THOMAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-CV-01044-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ORAL ARGUMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that oral argument, currently scheduled for October 5, 2017 at 2:00 p.m. should be extended to the following week October 12, 2017 at 2:00 p.m., or anytime thereafter subject to the Court's availability. Good cause exists to extend the time for oral argument as counsel for Defendant is on leave from October 5, 2017 through October 9, 2017.

///

///

Joint Stipulation and [Proposed] Order re Oral Argument Date, Case No. 1:16-CV-01044-EPG

1

As such, Defendant respectfully requests that oral argument be extended to October 12, 2017, or anytime thereafter, subject to the Court's availability.

Respectfully submitted,

Dated: September 14, 2017  /s/ *Cyrsu Safa
(*as authorized by email on September 14, 2017)
CYRUS SAFA
Attorney for Plaintiff

Dated: September 14, 2017  PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

The hearing on plaintiff's appeal of the decision by the Commissioner of Social Security denying benefits currently set for 10/5/2017 is CONTINUED and will now be held on 10/30/2017 at 2:00 PM.

IT IS SO ORDERED.

Dated: **September 15, 2017**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation and [Proposed] Order re Oral Argument Date, Case No. 1:16-CV-01044-EPG